

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
BUFFALO DIVISION

| | |
|---|---|
| **Carlanda D. Meadors** an individual, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>**Erie County Board of Elections**,<br><br>Defendant. | Case No. 21CV982 JLS<br><br>**Notice of Motion for a Temporary Restraining Order**<br><br>**Expedited Consideration Requested** |

Moving Party: Carlanda D. Meadors, Leonard A. Matarese, and Jomo D. Akono

Nature of Action: This is a motion for a temporary restraining order prohibiting Erie County election officials from enforcing New York's petition deadline for independent candidates and requiring them to place the name of Byron W. Brown on the 2021 general-election ballot as an independent

|                      |                                                                                                                                                                                                                                                                              |
|----------------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|                      | candidate for Mayor of the City of Buffalo.                                                                                                                                                                                                                                  |
| Directed To:         | Defendant Erie County Board of Elections                                                                                                                                                                                                                                     |
| Date and Time:       | To be set by the Court upon judicial assignment.                                                                                                                                                                                                                             |
| Place:               | Western District of New York, 2 Niagara Square, Buffalo, NY 14202                                                                                                                                                                                                            |
| Supporting Papers:   | Verified Complaint and Supporting Memorandum of Law                                                                                                                                                                                                                          |
| Answering Papers:    | To be set by the Court upon judicial assignment. Plaintiff intends to serve reply papers, if permitted by the Court.                                                                                                                                                         |
| Relief Requested:    | An order prohibiting Erie County election officials from enforcing New York's petition deadline for independent candidates and requiring them to place the name of Byron W. Brown on the 2021 general-election ballot as an independent candidate for Mayor of the City of Buffalo, and such further relief as the Court deems just and proper. |
| Grounds for Relief:  | Rule 65 of the Federal Rules of Civil Procedure and the First and Fourteenth Amendments to the United States Constitution as set forth in the supporting papers.                                                                                                             |

2

Oral Argument: Requested.

Respectfully submitted this 30th day of August, 2021.

**/s/ Bryan L. Sells***
Georgia Bar No. 635562
Attorney for the Plaintiffs
The Law Office of Bryan L. Sells, LLC
PO Box 5493
Atlanta, Georgia 31107-0493
Telephone: (404) 480-4212
Email: bryan@bryansellslaw.com

* *Application for admission pro hac vice forthcoming*

**/s/ Frank C. Callocchia**
Attorney for the Plaintiffs
Callocchia Law Firm, PLLC
16 Bidwell Parkway
Buffalo, New York 14222
Telephone: (716) 807-2686
Email: frank@callocchialaw.com

To:

Jeremy C. Toth
First Assistant County Attorney
Department of Law
95 Franklin Street
Buffalo, NY 10039
(716) 858-2204
jeremy.toth@erie.gov