

# COUNTY OF ERIE

## MARK C. POLONCARZ
COUNTY EXECUTIVE

MICHAEL A. SIRAGUSA
COUNTY ATTORNEY

JEREMY C. TOTH
FIRST ASSISTANT COUNTY ATTORNEY

DEPARTMENT OF LAW

KRISTEN M. WALDER
SECOND ASSISTANT COUNTY ATTORNEY

September 2, 2021

***Via CM/ECF***
Hon. John L. Sinatra, Jr.
United States District Court
Western District of New York
United States Courthouse
2 Niagara Square
Buffalo, New York 14202

**Re:    Meadors, Carlanda D., et al. v. Erie County Board of Elections**
         **Our File No.: 10-20210016**
         **Case No.: 21-cv-982 JLS**

Dear Judge Sinatra:

As you are aware, the Erie County Board of Elections had to respond to an application for a Temporary Restraining Order by today at 4:00 p.m. for a hearing scheduled for tomorrow. Unfortunately, because of the complexities of the constitutional issues at stake as well as the numerous defenses I felt compelled to raise, I have exceeded the page limit set by Local Rule 7.1(f). I realize I am asking this Court's permission after my submission, so please treat this request as *nunc pro tunc* relief from the local rule.

Thank you for your consideration.

Very truly yours,

MICHAEL A. SIRAGUSA
Erie County Attorney

By:    /s/ Jeremy C. Toth
Jeremy C. Toth
First Assistant County Attorney
Direct Dial: (716) 858-2204
E-mail: jeremy.toth@erie.gov

JCT/dld
cc:    Bryan L. Sells, Esq. (via CM/ECF)
       Frank C. Callocchia, Esq. (via CM/ECF)