**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NEW YORK**
**BUFFALO DIVISION**

Carlanda D. Meadors, *et al.*,

       Plaintiffs,

    v.

Erie County Board of Elections, *et al.*,

       Defendants.

No. 1:21-cv-982-JLS

## <u>Defendant-Intervenor India Walton's Notice of Appeal</u>

Notice is hereby given that Defendant-Intervenor India Walton appeals to the United States Court of Appeals for the Second Circuit from the Order signed by the Honorable John L. Sinatra, Jr. of this Court on September 3, 2021 (ECF No. 28) and from any and all of the Court's rulings adverse to Defendant-Intervenor Walton incorporated in, antecedent to, or ancillary to such Order.

<u>/s/ Sean E. Cooney, Esq.</u>
Sean E. Cooney, Esq.
Dolce Firm
1260 Delaware Avenue
Buffalo, NY
(716) 852-1888
scooney@dolcefirm.com

Dated:  Buffalo, New York
      September 7, 2021