IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
BUFFALO DIVISION

| | |
|---|---|
| Carlanda D. Meadors, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Erie County Board of Elections, *et al.*,<br><br>Defendants. | No. 1:21-cv-982-JLS |

### Defendant Erie County Board of Election's Notice of Appeal

Notice is hereby given that Defendant Erie County Board of Elections appeals to the United States Court of Appeals for the Second Circuit from the Order signed by the Honorable John L. Sinatra, Jr. of this Court on September 3, 2021 (ECF No. 28) and from any and all of the Court's rulings adverse to Defendant Erie County Board of Elections incorporated in, antecedent to, or ancillary to such Order.

Michael A. Siragusa, Erie County Attorney
*Attorney for Respondents*
*Erie County Board of Elections,*
*Ralph M. Mohr, Jeremy Zellner*

_____/s/ Jeremy C. Toth_____
Jeremy C. Toth, Esq.
First Assistant County Attorney
95 Franklin Street, 16th Floor
Buffalo, New York 14202
Tel. No.: (716) 858-2204

Dated:  Buffalo, New York
           September 7, 2021