IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
BUFFALO DIVISION

| | |
|---|---|
| **Carlanda D. Meadors,** an individual, et al., | Case No. 1:21—cv-982-JLS |
| Plaintiffs, | |
| vs. | **Notice of Motion for an Extension** |
| **Erie County Board of Elections**, et al., | |
| Defendants, | |
| and | |
| **India Walton,** an individual, | |
| Defendant-Intervenor. | |

Moving Party:                       Carlanda D. Meadors, Leonard A. Matarese, Jomo D. Akono, Kim P. Nixon-Williams, and Florence E. Baugh

| | |
|---|---|
| Nature of Action: | This is a constitutional challenge to New York's petition deadline for independent candidates. |
| Directed To: | Defendant Erie County Board of Elections, Jeremy Zellner, Ralph Mohr, and India Walton |
| Date and Time: | To be set by the Court, if required. |
| Place: | The Honorable John L. Sinatra, Jr., United States District Judge, Western District of New York, Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, NY 14202 |
| Supporting Papers: | Declaration of Bryan L. Sells; Memorandum of Law |
| Answering Papers: | To be set by the Court, if any. |
| Relief Requested: | The plaintiffs request an order extending the deadline for filing a motion for attorneys' fees and expenses by 30 days |
| Grounds for Relief: | Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure and supporting papers. |
| Oral Argument: | Not requested. |

Respectfully submitted this 13th day of September, 2021.

**/s/ Bryan L. Sells\***
Georgia Bar No. 635562
Attorney for the Plaintiffs
The Law Office of Bryan L. Sells, LLC
PO Box 5493
Atlanta, Georgia 31107-0493
Telephone: (404) 480-4212
Email: bryan@bryansellslaw.com

\* *Admitted pro hac vice*

Frank Callocchia
Attorney for the Plaintiffs
Callocchia Law Firm, PLLC
16 Bidwell Parkway
Buffalo, New York 14222
Telephone: (716) 807-2686
Email: frank@callocchialaw.com


To:

Jeremy C. Toth
Attorney for the Defendants
First Assistant County Attorney
Department of Law
95 Franklin Street
Buffalo, New York 10039
(716) 858-2204
jeremy.toth@erie.gov

Sean E. Cooney
Attorney for the Defendant-Intervenor
Dolce Firm
1260 Delaware Avenue
Buffalo, New York
scooney@dolcefirm.com


Frank Housh
Attorney for the Defendant-Intervenor
70 Niagara Street
Buffalo, New York 14202
(716) 362-1128
frank@houshlaw.com