W.D.N.Y.
21-cv-982
Sinatra, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of September, two thousand twenty-one.

Present:
  Debra Ann Livingston,
    *Chief Judge,*
  Denny Chin,
  William J. Nardini,
    *Circuit Judges*.

---

Carlanda D. Meadors, an individual, et al.,

    *Plaintiffs-Appellees*,
 v.                  21-2137 (L),
                      21-2145 (Con)
Erie County Board of Elections,

    *Defendant-Appellant*,

Jeremy Zellner, Ralph M. Mohr,

    *Defendants*,

 v.

India B. Walton,

    *Intervenor-Appellant*,

Election Commissioners' Association for the State of New York,

    *Movant*.

---

Appellants move for a stay of the district court's order granting a preliminary injunction pending appeal. Upon due consideration, it is hereby ORDERED that the motion is GRANTED. See *Nken v. Holder*, 556 U.S. 418, 434–35 (2009). It is further ORDERED that the motion of the Election Commissioners' Association for the State of New York for leave to file an amicus brief is GRANTED.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

2

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 09/16/2021