**MANDATE**

W.D.N.Y.
21-cv-982
Sinatra, J.

# United States Court of Appeals
FOR THE
## SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of March, two thousand twenty-two.

Present:

> Raymond J. Lohier, Jr.,
> Joseph F. Bianco,
> Beth Robinson,
> > *Circuit Judges*.

---

Carlanda D. Meadors, an individual, et al.,

> *Plaintiffs-Appellees*,

v.                                                                                             21-2137 (L)
                                                                                                  21-2145 (Con)

Erie County Board of Elections,

> *Defendant-Appellant*,

Jeremy Zellner, Ralph M. Mohr,

> *Defendants*,

v.

India B. Walton,

> *Intervenor-Appellant*.

---

Appellants India B. Walton and the Erie County Board of Elections move to dismiss their appeals as moot. Upon due consideration, it is hereby ORDERED that the motion is GRANTED and the consolidated appeals are DISMISSED. The general election that was the subject of the

MANDATE ISSUED ON 03/08/2022

preliminary injunction has passed, and this Court can no longer order any effective relief. *See Church of Scientology of Cal. v. United States*, 506 U.S. 9, 12 (1992); *In re Flanagan*, 503 F.3d 171, 178 (2d Cir. 2007).

Walton also moves to vacate the district court's preliminary injunction. Upon due consideration, it is hereby ORDERED that the motion is GRANTED and the injunction is VACATED. *See Hassoun v. Searls*, 976 F.3d 121, 130 (2d Cir. 2020); *Haley v. Pataki*, 60 F.3d 137, 142 (2d Cir. 1995).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit