IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Carlanda D. Meadors, et al., | ) |
| Plaintiffs, | ) |
| v. | ) |
| Erie County Board of Elections, | ) Case No. 21-cv-982-JLS |
| Defendant, | ) The Hon. John L. Sinatra |
| AND | ) |
| India Walton, | ) |
| Defendant-Intervenor. | ) |

**NOTICE OF MOTION AND MOTION FOR PRO HAC VICE ADMISSION OF
JASON HARROW AS COUNSEL FOR
DEFENDANT ERIE COUNTY BOARD OF ELECTIONS**

PLEASE TAKE NOTICE that upon the annexed affidavit of Jeremy Toth, Esq., and upon all documents required by Local Rule of Civil Procedure 83, the undersigned will move this Court at Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York 14202, to grant Jason Harrow Admission Pro Hac Vice. Pursuant to the Procedures to Practice in the United States District Court, Western District of New York, Defendant Erie County Board of Elections requests that attorney Jason Harrow be granted leave to appear pro hac vice in this matter.

As grounds for this Motion, Defendant states:

1

1. Attorney Jason Harrow is a member in good standing of the bars of New York and California, as well as the federal courts listed in the included Petition for Attorney Admission.

2. Harrow is a partner at the law firm Gerstein Harrow LLP, and he has substantial experience litigating complex civil cases, including election law and other constitutional matters. He has previously served as an Assistant Solicitor General for the State of New York and has argued in courts including the U.S. Supreme Court, the New York Court of Appeals, and the Second Circuit.

3. Accompanying this motion is the following:
   a. Applicant's completed Petition for Admission to Practice
   b. Attorney's Oath
   c. Affidavit of Sponsor Jeremy Toth
   d. Civility Principles Oath
   e. Applicant's completed new attorney e-filing registration form.

Dated: March 25, 2022

                Respectfully submitted,

                /s/ JEREMY TOTH
                Jeremy Toth
                SECOND ASSISTANT COUNTY ATTORNEY, ERIE COUNTY
                95 Franklin St., 16th Floor
                Buffalo, NY 14202
                (716) 858-2204
                Jeremy.Toth@erie.gov

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

`Print`

**IN THE MATTER OF THE APPLICATION OF**

Jason Harrow
_____(Name)_____

**TO BE ADMITTED TO PRACTICE AS AN ATTORNEY**

TO THE HONORABLE John L. Sinatra _____, JUDGE OF THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK:
Jason Harrow _____, petitioner herein, respectfully states:

1. That petitioner has an office for the practice of law at:

   3243B S. La Cienega Blvd., Los Angeles, CA 90016

2. That petitioner attended the following educational institutions and received the following degrees:
   Harvard Law School, J.D. 2011
   Princeton University, A.B. 2006

3. Please complete either (a), (b) or (c):

<u>Admission by Petition</u>

(a) That petitioner was admitted to practice by the Appellate Division of the Supreme Court, _____ Department of the State of New York on the _____ day of _____, _____.

Additional Requirements:   Admission Sponsoring Affidavit
Attorney's Oath
Civility Principles Oath
Attorney Database Form
Attorney CM/ECF Registration Form
*Include the Pro Bono Volunteer Panel Form if you wish to become a member of the Court's Volunteer Pro Bono Panel.

<u>Admission by Certificate of Good Standing</u>

(b) That petitioner was admitted to practice in the United States District Court of the _____ District of New York on the _____ day of _____, _____, and is a member of the bar of the State in which that district court is located and in which the petitioner maintains an office for the practice of law.

Additional Requirements:   Certificate of Good Standing from the Clerk of Court of which he or she is a member (dated no earlier than six months prior to submission to this Court)
Check or money order in the amount of the Attorney Admission fee set forth in the District Court Schedule of Fees
Attorney's Oath
Civility Principles Oath
Attorney Database Form
Attorney CM/ECF Registration Form
*Include the Pro Bono Volunteer Panel Form if you wish to become a member of the Court's Volunteer Pro Bono Panel.

<u>Pro Hac Vice Admission</u>

(c) That petitioner is admitted to practice in the State of California _____

Additional Requirements:   Motion to Appear Pro Hac Vice
Check, Money Order or payment of fee on line in the amount of the Pro Hac Fee set forth in the District Court Schedule of Fees
Admission Petition Form
Admission Sponsor Affidavit
Attorney's Oath
Civility Principles Oath
Attorney Database Form
Attorney CM/ECF Registation Form

4. Petitioner is admitted to the following courts:

New York, California, ND Cal, CD Cal, SD Tex., DDC, CA2, CA10, CA9, CA5, U.S. Supreme Court

5. Since such admission(s), petitioner has practiced in the following courts:

EDNY, D. Md., Pa. Superior Court

and has been involved in the following professional activities:

6. That petitioner or the petitioner's client (in a case in which the applicant represented the client) has never been held in contempt of court, sanctioned, censured in a disciplinary proceeding, suspended or disbarred by any court or admonished by any disciplinary committee of the organized bar, nor is the subject of any pending complaint before any court. (If number 6 is not true, the applicant shall strike that paragraph and shall file a separate confidential statement under seal specifying the court or disciplinary committee imposing the sanction, the date, the facts giving rise to the disciplinary action or complaint, the sanction imposed, and such other information, including any facts of a mitigating or exculpatory nature as may be pertinent, and such confidential statement, together with the petition, shall promptly be transmitted by the Clerk to the Chief Judge of the District for review.)

7. That petitioner has read and is familiar with the provisions of Title 28 of the United States Code that pertain to jurisdiction of and venue in a United States District Court, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Local Rules of Practice for the United States District Court for the Western District of New York and the New York Rules of Professional Conduct (22 NYCRR Part 1200).

**WHEREFORE**, the petitioner respectfully requests to be admitted as an attorney in the United States District Court for the Western District of New York.

I verify under penalty of perjury that the foregoing is true and correct.

_____
(Signature of Petitioner)

Sworn to before me this _____ day of _____, _____

_____See attatched form_____
Notary Public

# JURAT

State/Commonwealth of _____FLORIDA_____ )
)
☐ City ☑ County of _____Lehigh Acres Florida_____ )

On __03/23/2022__, before me, _____Casey Perez_____,
      *Date*                                       *Notary Name*

the foregoing instrument was subscribed and sworn (or affirmed) before me by:

_____Jason Seth Harrow_____.
*Name of Affiant(s)*

☐ Personally known to me -- OR --

☐ Proved to me on the basis of the oath of _____ -- OR --
                                          *Name of Credible Witness*

☑ Proved to me on the basis of satisfactory evidence: _____passport_____
                                                         *Type of ID Presented*

WITNESS my hand and official seal.

[Notary Seal: CASEY PEREZ, Notary Public - State of Florida, Commission # HH70562, Expires on December 9, 2024]

Notary Public Signature: _____CyPz_____

Notary Name: _____Casey Perez_____

Notary Commission Number: __HH70562__

Notary Commission Expires: __12/09/2024__

*Notarized online using audio-video communication*

## DESCRIPTION OF ATTACHED DOCUMENT

Title or Type of Document: __Application__ Including oath/affirmation

Document Date: __03/23/2022__

Number of Pages (including notarial certificate): __4__

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

## ATTORNEY'S OATH

STATE OF Arizona     )
                     ) SS:
Maricopa  COUNTY    )


I, Jason Harrow  of Scottsdale, Arizona
                                    City, State

do solemnly swear or affirm that I will demean myself, as an attorney and counselor of the United States District Court for the Western District of New York, uprightly and accordingly to law; and I will support the Constitution of the United States. So help me God.

                                                _Jason Harrow_
                                                Signature of Attorney


Subscribed and sworn to before me this _____
day of _____, _____.


____See attatched form____
        Notary Public

Rev. 2/2000

# JURAT

State/Commonwealth of __FLORIDA__ )
)
☐ City ☑ County of __Lehigh Acres Florida__ )

On __03/23/2022__, before me, __Casey Perez__,
     *Date*                           *Notary Name*

the foregoing instrument was subscribed and sworn (or affirmed) before me by:

__Jason Seth Harrow__.
*Name of Affiant(s)*

☐ Personally known to me -- OR --

☐ Proved to me on the basis of the oath of _____ -- OR --
                                     *Name of Credible Witness*

☑ Proved to me on the basis of satisfactory evidence: __passport__
                                                  *Type of ID Presented*

CASEY PEREZ
Notary Public - State of Florida
Commission # HH70562
Expires on December 9, 2024

WITNESS my hand and official seal.

Notary Public Signature: __*C. Perez*__

Notary Name: __Casey Perez__
Notary Commission Number: __HH70562__
Notary Commission Expires: __12/09/2024__
*Notarized online using audio-video communication*

## DESCRIPTION OF ATTACHED DOCUMENT

Title or Type of Document: __Application__ Including oath/affirmation

Document Date: __03/23/2022__

Number of Pages (including notarial certificate): __4__

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

IN THE MATTER OF THE APPLICATION OF

**Jason Harrow**
(Name)
TO BE ADMITTED TO PRACTICE AS AN ATTORNEY

SPONSORING
AFFIDAVIT

STATE OF NEW YORK )
) ss:
COUNTY OF **Erie** )

**Jeremy C. Toth**, being duly sworn deposes and says:

1. I reside at: **72 Ashland Avenue, Buffalo, New York 14222**

and maintain an office for the practice of law at: **95 Franklin Street, Room 1634, Buffalo, New York 14202**

2. I am an attorney at law, admitted to practice in the **Eighth Judicial District of New York**, I was admitted to practice in the United States District Court for the Western District of New York on the **11th** day of **May**, **2012**.

3. I have known the petitioner since **2021** and under the following circumstances: **co-counsel in Second Circuit appeal**

4. I know the following about the petitioner's moral character and fitness to be admitted to practice in this Court: **He provided timely advice and excellent work product, and has practiced with integrity**

Sworn to before me this **28th** day of **March**, **2022**

_Danette Drennen_
Notary Public

_J. Toth_
Signature of Sponsoring Attorney

DANETTE L. DRENNEN
Notary Public, State of New York
Qualified in Erie County
My Commission Expires 2/14/23

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF NEW YORK

## APPENDIX TO CIVILITY PRINCIPLES

## OATH OF OFFICE

I do solemnly swear (or affirm):

I will support the Constitution of the United States and the Constitution of the State of New York; I will maintain the respect due to Courts of Justice and judicial officers;

I will not counsel or maintain any suit or proceeding which shall appear to me to be unjust nor any defense that I do not believe to be honestly debatable under the law of the land;

In maintaining the causes confided to me, I will employ only means that are honorable, and will never seek to mislead the judge or jury by an artifice or false statement of fact or law;

I will maintain the confidences and preserve inviolate the secrets of my client, and will accept compensation solely from the client or a third-party with the knowledge and approval of the client;

I will abstain from all offensive behavior and advance no fact prejudicial to the honor and reputation of a party or witness, unless my ethical duty requires;

I will in all other respects conduct myself personally and professionally in conformity with the high standards of conduct imposed upon members of the bar who practice law in this State and before this Court.

_____
(Signature)

# UNITED STATES DISTRICT COURT

# Western District of New York

## ATTORNEY DATABASE & ELECTRONIC CASE FILING REGISTRATION FORM

The Clerk's Office maintains a computerized database of attorneys admitted in the District. To ensure the data we enter for you is correct, please fill out the form below and submit it with your other papers when you are admitted. Our local rules require you to report name, firm affiliation, office address or phone number changes within 30 days.

This form shall also be used to register for an account on the Courts' Case Management/Electronic Files (CM/ECF) system. Registered attorneys will have privileges to electronically submit and to view the electronic docket sheets and documents. By registering, attorneys consent to receiving electronic notice of filings through the system. The following information is required for registration:

Instructions: PLEASE TYPE OR PRINT. If you use two surnames or have a hyphenated surname, please indicate how you would like the name entered into our records, i.e., first surname as middle name, both surnames in last name field, etc.

---

First Name: Jason

Middle Name or Initial: S

Last Name: Harrow

Firm Name: Gerstein Harrow LLP

Firm Address: 810 7th St. NE

Suite: Suite 301

City: Washington    State: DC    Zip: 20002 - ____

Phone Number: 323-744-5293    FAX Number: ___-___-____

Primary E-Mail Address: Jason@gerstein-harrow.com

Additional E-Mail Address: jason.harrow@gmail.com

Does your E-Mail Software support HTML messages? Yes X   No ____

---

Attorneys seeking to file documents electronically must be admitted to practice in the United States District Court for the Western District of New York.

Method of Admission: **Pro Hac Vice**
(Petition, Certificate of Good Standing, *pro hac vice*)

Date admitted to practice in this Court: **Pending**
(write "pending" if admission is pending)

If admitted pro hac vice:
Date motion for pro hac vice granted: _____ in case number: **21-cv-982**

By submitting this registration form, the undersigned agrees to abide by all Court rules, orders and policies and procedures governing the use of the electronic filing system. The undersigned also consents to receiving notice of filings pursuant to Fed. R. Civ. P. 5(b) and 77(d) via the Court's electronic filing system. The combination of user id and password will serve as the signature of the attorney filing the documents.

Attorneys must protect the security of their passwords and immediately notify the court if they learn that their password has been compromised.

_____  March 25, 2022
Signature of Registrant          Date

Please note that this form is required to be completed by any new attorneys seeking to be admitted to this District. If you have been previously admitted to practice in this court and are submitting this registration to request an account, you may fax the form to (716) 551-1705, or mail it to the following address:

Mary C. Loewenguth
United States District Court
Attn: CM/ECF Registration
2 Niagara Square
Buffalo, New York 14202

*OPTIONAL: Your login and password will be sent to you by the Office of the Clerk via the e-mail address you provided on your registration form. **If you prefer to have your login and password sent by U.S. Mail, please write the address below and mark your initials as approval for an alternate delivery method:**

Firm Address: _____
_____
_____

Attorney Initials: _____