# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Carlanda D. Meadors, an Individual, et. al.,<br><br>Plaintiffs,<br><br>vs.<br><br>Erie County Board of Elections,<br><br>India Walton, Intervenor-Candidate<br><br>Defendants. | Case No. 21 CV 982 JLS<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties and their counsel(s), hereby give notice that the above captioned action as against only the Defendant- Intervenor, India B. Walton, is hereby voluntarily dismissed, with prejudice and without an award of costs or attorneys fees.

This voluntary dismissal shall not be construed as a finding on the merits for any party.

DATED:   Buffalo, New York
         March 30, 2022


/S/ Bryan L. Sells, Esq.
Bryan L. Sells, Esq.
LAW OFFICE OF BRYAN L. SELLS, LLC
Attorney for Plaintiffs
P.O. Box 5493
Atlanta, Georgia 31107-0493
(404) 480-4212
bryan@bryansellslaw.com

/S/Sean E. Cooney, Esq.
Sean E. Cooney, Esq.
DOLCE PANEPINTO, P.C.
Attorney for Defendant-Intervenor,
India B. Walton
1260 Delaware Avenue
Buffalo, New York 14209
(716) 852-1888
scooney@dolcefirm.com

/S/Jeremy C. Toth, Esq.
Jeremy C. Toth, Esq.
First Assistant County Attorney
Department of Law
95 Franklin Street
Buffalo, New York 14202
(716) 858-2204
jeremy.toth@erie.gov