Judgment in a Civil Case

United States District Court
WESTERN DISTRICT OF NEW YORK

CARLANDA D. MEADORS, ET AL.　　　　**JUDGMENT IN A CIVIL CASE**
　　　　　　　　　　　　　　　　　　　CASE NUMBER: 21-CV-982
　　v.

ERIE COUNTY BOARD OF ELECTIONS, ET AL.

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that Defendants' Motion for Summary Judgment is Granted and Plaintiffs' Complaint is Dismissed.

Date: July 11, 2023　　　　　　　　　　　MARY C. LOEWENGUTH
　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　　　　　By: s/ Jennifer V.
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk